E-FILED
Friday, 08 August, 2008  03:05:00 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

FILED

AUG – 8 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Sterling, Johnson )
_____ )
Plaintiff )
)
vs. )
)
Chad, McCollum, officers )
Officers, Lawrence )
officers, Fillpot )
Ronald, Hill, officers )
Peoria Police Department )
Defendant(s) )

Case No. _____

## COMPLAINT

☑ **42 U.S.C. §1983** (suit against state officials for constitutional violations)

☐ **28 U.S.C. § 1331** (suit against federal officials for constitutional violations)

☐ Other_____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Sterling Johnson _____, and states as follows:

My current address is: Western Corr, Center Mount Sterling, Ill 62353 _____

The defendant Chad, McCollum, is employed as Police Officer
Peoria Police Depart at City, Peoria Police Department

The defendant Officer, Lawrence, is employed as Police Officer
Peoria Police Depart at City, Peoria Police Department

The defendant Officer, Fillpot, is employed as Police Officer
Peoria Police Depart at City, Peoria Police Department

The defendant Ronald Hill, is employed as Police Officer
Peoria Police Depart at City, Peoria Police Department

(revised 9/96)

The defendant _____None_____, is employed as _____None_____

_____ at _____

Additional defendants and addresses _____

_____ None _____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a

separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?           Yes      ☐      None        No   ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

                        Yes   ☑                        No   ☐

C. If your answer to B is yes, how many? ___1___ Describe the lawsuit in the space below. (If there

is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same

outline.)

   1.  Parties to previous lawsuit:

     Plaintiff(s) _Sterling Johnson_____

     Defendant(s) _Tiffany Realtors_____

_____

   2.  Court (if federal court, give name of district; if state court, give name of county)

     _Central District of Illinois Peoria county_

   3. Docket Number/Judge ____None_____

2

4. Basic claim made  *Tiffany Realtors, civil Right Act pet ition*

5. Disposition (That is, how did the case end.  Was the case dismissed?  Was it appealed?  Is it

   still pending?)  *still pending*

6. Approximate date of filing of lawsuit  *Sometime in July 08*

7. Approximate date of disposition  *still pending*

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A.  Is there a grievance procedure available at your institution?   Yes  ☐     No  ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?   Yes  ☐     No  ☐

If your answer is no, explain why not  *None*

_____

C.  Is the grievance process completed?     Yes  ☐     No  ☐  *None*

*PLEASE NOTE:  THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON*

*FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND*

*UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES.  PLEASE ATTACH*

*COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

## STATEMENT OF CLAIM

Place of the occurrence _1504 Tiffany Court, Peoria, Ill 61605_

Date of the occurrence _On March 26, 06 – 12-1-07_

Witnesses to the occurrence _Tiffany Court landlord, au Eli payton my Father_

*State here briefly the FACTS that support your case.  Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes.  Number each claim in a separate paragraph.  Unrelated claims should be raised in a separate civil action.*
***THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.***

On March 26, 06 I was arrested at 1504 Tiffany CT, Apt 7B, My father apartment. While being placed in custody by peace officer McCollum and officer Lawrence my landlord entered the building to question what was happing. Officer McCollum explained to him that they were placing me under arrest for a warrant for missing a court-Date. McCollum then asked my landlord for keys to my Apt, on the A side of the building. My landlord gave the officers the keys on McCollum request. I had already been arrested and searched on side B, of the building and the Arrest warrant satisfied. At that point there was no probable cause, no search warrant to gain entrance into my Apt, over on the A side of the building,

4

and officer McCollom Lawrence and Fillpot and officer Hill entered my apt, without a search warrant invading my privacy under the 4th an 14th Amendment Violating my right to be secure in my person, house, papers, etc,.... And being deprived of life liberty, or property without the due process of law; Nor shall private property, be take for public use without dust compensation. While in custody there outside, I watched as police from the Narcotics unit come on the scene and McCollum Lawrence Hill, Fillpot allowed them to make entrance into my apartment without a search warrant. I was taken to the peoria County Jail unable to hear and see them receive permission from my landlord to enter my apt, Due to possible drugs. Approximately a couple days later while I was still in custody at the peoria County Jail, A Detective came to visit me stating that they had found a safe at Glen Oak Park belonging to me because

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

the Idnetity of some paper found had my name on them. At this time I was stunned as to why or how anything of mine could possibly be found anwhere when I was in custody the past few days and my property a assets were secured inside my Apt, where my Rent, security Deposity and my landlord was guardian and caretaker being fully paid. There was no indication given by the Detective that there was or had been a police report of

**JURY DEMAND**            Yes  ☑            No  ☐

Signed this _Sterling Johnson_ day of _8-4-08_ , 19____.

_Sterly Johnson_
( *Signature of Plaintiff* )

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Sterling Johnson | K70633 |
| Address: | Telephone Number: |
| | |

6

a break in, made by my landlord or anybody. The only knowledge I could recall was the landlord giving McCollum keys to allow the Narcotics unit in my apt., And my landlord giving Peoria Police Dept, the right to illegally search a seize property within my private domain No drugs were found by Narcotics unit nor confiscated and before any entry they should have had a search warrant. The officer illegally search my property without a search warrant I had been placed in custody and my warrant was executed and satisfied, So my apt, wasnt the warrant cause.

I am seeking monetary Damages of my cash, Jewelry, coins, and possessions within my safe including watches gold chains platinum chains and the valued at $30.000 wedding Bands her and mine valued at $6.000 business contract music contract valued at $4.000 The money was in the safe 10 to $15,000 I am also seek damages for Emotional Mental pain and suffering from losing my apartment while in custody plus money for transport and storage of my property not stolen. In estimated, Value I am seeking.
$5.000.000 doll.

6

My Knowledge of intention to file this cause came on December 1, 07 after my wife contacted me informing me that Detectives at the peoria police Dept., told her all of my safe possessions was gone. There still hasn't been resolution into this Investigation.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Sterling Johnson                    ,    )
        Plaintiff,                       )

    vs.                                  )    No. _____

Chad McClary, Lawrence Hill ,            )
and officer Philpot. peoria police       )
        Defendant(s)  Department          )

## MOTION FOR APPOINTMENT OF COUNSEL

1.    I, Sterling Johnson                    , declare that I am the
plaintiff in the above-entitled case.  I further state that I am
unable to afford the services of an attorney.  I hereby request
the court to appoint counsel to represent me in this case.
Should the court grant the motion, I agree to provide for payment
of attorney fees out of any recovery I might obtain in this case.

2.    In support of my motion, I declare that I have made the
following attempts to retain counsel to represent me in this
lawsuit:

I ask my Appellate Defender that was
give to me by the court but was denied
her help.

_____

_____

_____

3.    In further support of my motion, I declare that (check
appropriate answer):

X          I am not currently represented (and have not
           been represented previously) by an attorney
           appointed by this court in this or any other
           civil or criminal proceeding before this
           court.

_____     I am currently (or previously have been)
           represented by counsel appointed by this
           court in the proceeding(s) described on the
           attached page.

4.   In further support of my motion, I declare that (check appropriate answer):

____X____     I have attached an original application to proceed in forma pauperis detailing my financial status.

_____     I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____     I previously filed an application to proceed in forma pauperis; however, my financial status has since changed.  Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5.   I declare under penalty of perjury that the foregoing is true and correct.

_____Sterling Johnson_____
           Movant(s) Signature

_____
           Street Address

_____
           City/State/Zip Code

Date:  8-4-08 _____

10/94

2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Sterling Johnson                          )
_____                   )
                                          )
                                          )
              Plaintiff,                  )
                                          )
                                          )
         vs.                              )          No. _____
                                          )          (Supplied by Clerk)
Chad McCollum, officer, Lawrence          )
officer, Fillpot, Ronald Hill, officer    )
peoria police Department                  )
                    Defendant(s)          )

PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED
WITHOUT PREPAYMENT OF FEES AND COSTS

     I, Sterling Johnson, plaintiff, move the court for leave to proceed without
prepayment of fees and costs in the above action.  I declare under penalty of perjury
that the following facts are true:

     1.  I am the party initiating this action and I believe I am entitled to redress.

     2.  I am unable to prepay the fees and costs of this proceeding, or to give security,
because of proverty.

     3.  I am (check one)  Single _____  Married _____  Separated __X__  Divorced _____

     4.  My responses to the following questions are true:

     A.  Are you presently employed in any capacity including a paying position while
incarcerated as an inmate in a correctional center?  Yes ( )  No (X)

     B.  If so, by whom, what is your position, and what is your pay?

_____

_____

     C.  If not, when were you last employed and what was your pay?  This includes prior
inmate positions?
              State pay $10.00
_____

     D.  Have you received money from any other source, including judgments, in the last
6 months?  Yes ( )  No (X)  If yes, describe each source and state how much you received.

_____

_____

     E.  If you are presently incarcerated, how much money do you have in your
institutional trust fund account?  $.45

F.   If withdrawals were made from your institutional trust fund account during the past 6 months, please explain when, how much, and the purpose for which funds were used.

_N/A_

G.   How much money do you have in private checking or savings accounts?

_N/A_

H.   Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes (X) No ( )

If yes, describe the property and its approximate value:

_T.V ~~$$~~ $169.00 , Fan $21.00_

I.   Do you have any debts or obligations? Yes ( ) No ( )

If yes, list the amount owed, to whom, and any current payments that you are making.

_N/A_

J.   List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.

_N/A_

K.   Estimate the total amount of income or support that your dependents receive per month on the average, excluding your contributiions to them.

_N/A_

I declare under penalty of perjury and fine that the foregoing is true and correct and that "I have a continuing duty to advise the court of any changes in my financial sition as stated above.

_Sterling Johnson_
SIGNATURE

_8-4-08_
DATE

2